MBH

**FILED**
NOV 02 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# NON-NEGOTIABLE NOTICE OF SPECIAL APPEARANCE AND EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREJUDICE

Notice Date: Day Three    Month Eleven    Year: 2022

Thomas G Bruton - Clerk of Court
United States District Court Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**PLEASE TAKE NOTICE** that I, Quamdeen Adewale Amuwo, a sentient moral being, **APPEAR SPECIALLY AND RESERVE ALL MY RIGHT WITH EXPLICIT RESERVATION WITHOUT PREJUDICE.**

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all public cost;
- I request you close the Account and issue the order of the court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge;

FURTHERMORE: I RESERVE THE RIGHT NOT TO BE COMPELLED TO PERFORM UNDER ANY INTERNATIONAL, ADMIRALTY/MARITIME CONTRACT OR COMMERCIAL AGREEMENT THAT I DID NOT ENTER INTO WILLINGLY, KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND INTELLIGENTLY.

ADDITIONALLY: I DO NOT ACCEPT THE COMPELLED BENEFIT OF ANY UNREVEALED CONTRACT OR COMMERCIAL AGREEMENT.

Sincerely,

*Quamdeen Adewale Amuwo*

Quamdeen Adewale Amuwo
1250 S Indiana Ave Apt 901
Chicago, Illinois

CC: Judge Edmond E Chang, United State District Court 219 S Dearborn Chicago, IL 60604
CC: John R Lausch Jr., United State Attorney 219 S., Dearborn FL 5 Chicago, IL 60604
CC: Judge Beth W. Jantz, United State District Court 219 S Dearborn Chicago, IL 60604
CC: L. Heidi Manschreck Asst. United States Attorney 219 S., Dearborn FL 5 Chicago, IL 60604
RE: Case No.: 1:22-cr-00521 *SEALED*